In re Estate of Paffi, Incompetent.
Joe Menichetti, Appellant, v. Frank T. Hines and H. R. Pool, Guardian Ad Litem for Santi Paffi, Incompetent, Appellees.

Gen. No. 9,218.  (Abstract of Decision.)

Heard in this court at October term, 1939; opinion filed April 15, 1940. William L. Patton and T. C. Torrence, for appellant; E. W. Beasley, of counsel; H. R. Pool and P. W. Zerwekh, for appellee. Opinion by JUSTICE HAYES. "Not to be published in full."